WARSAW ORTHOPEDIC, INC., Medtronic Sofamor Danek USA, Inc., Medtronic Puerto Rico Operations Company, and Medtronic Sofamor Danek Deggendorf, GMBH, Plaintiffs–Appellants,

v.

GLOBUS MEDICAL, INC.,
Defendant–Appellee.

Warsaw Orthopedic, Inc., Medtronic Sofamor Danek USA, Inc., Medtronic Puerto Rico Operations Company, and Medtronic Sofamor Danek Deggendorf, GMBH, Plaintiffs–Appellees,

v.

Globus Medical, Inc., Defendant–Appellant.

Nos. 2009–1517, 2009–1525.

United States Court of Appeals,
Federal Circuit.

March 9, 2010.

Constantine L. Trela Jr., Tacy F. Flint, Sidley Austin LLP, Chicago, IL, Rachel H. Townsend, Sidley Austin LLP, Washington, DC, for Defendant–Appellant.

Cynthia D. Vreeland, Mark C. Fleming, Wilmer Cutler Pickering Hale, Boston, MA, William G. McElwain, Seth P. Waxman, Gregory H. Lantier, Amy Nelson,

919

Wilmer Cutler Pickering Hale, Washington, DC, for Plaintiffs–Appellees.

ON MOTION

Upon consideration of the plaintiffs' unopposed motion to voluntarily dismiss their appeal,*

IT IS ORDERED THAT:

(1) The motion is granted. Appeal 2009–1517 is dismissed.

(2) The revised official caption in 2009–1525 is reflected above. Globus Medical, Inc.'s opening brief in 2009–1525 is due within 30 days of the date of filing of this order.

---

* Globus Medical, Inc. also informs the court that it filed a motion for relief from the judgment with the district court. We note that the district court denied that motion on January 26, 2010, although neither party informed this court that the motion was denied.